PETER FALTISKO, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

*Faltisko* v. *N. Y., L. E. & W. R. R. Co.*, 12 Misc. Rep. 478, affirmed.
(Submitted December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the General Term of the Superior Court of Buffalo, entered July 12, 1895, which affirmed an order of Special Term denying a motion to set aside service of a summons.

*George F. Brownell* for appellant.

*Frank A. Abbott* for respondent.

Order affirmed, with costs ; no opinion.
Concur : ANDREWS, Ch. J., GRAY, O'BRIEN and HAIGHT, JJ.
Dissent : BARTLETT, MARTIN and VANN, JJ.

———

FANNIE P. COTTLE, Administratrix, etc., et al., Appellants, *v.* WILLIAM G. MILLIGAN, Administrator, etc., Respondent, Impleaded, etc.

(Argued December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fourth judicial department, entered December 18, 1893, which dismissed an appeal from a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Edmund P. Cottle* for appellants.

*John Lansing* for respondent.

Order affirmed, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.